IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:07-cr-0172 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| TIMOTHY LAMONT PAGE | ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this action. Accordingly, I hereby return this case to the Clerk of Court for reassignment to another judge.

It is so **ORDERED**.

ENTERED this the 24th day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge